**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. _____
                                    Plaintiff,                   :
                                                                 :
                  vs.                                            :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
74.101.163.31,                                                   :
                                                                 :
                                    Defendant.                   :
-----------------------------------------------------------------X
```

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

        Respectfully submitted,

By:    /s/ *Jacqueline M. James*
       Jacqueline M. James, Esq. (1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue, Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424
       E-mail: jjames@jacquelinejameslaw.com
       *Attorneys for Plaintiff*