UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
:
Plaintiff, :
: 23-CV-2187 (JMF)
-v- :
: ORDER
JOHN DOE subscribed assigned IP address :
74.101.163.31, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 30, 2023 Order, ECF No. 13, Plaintiff was required to file a status update, the contents of which are described therein, no later than 60 days from the date of that Order. To date, Plaintiff has not filed the status update. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 5, 2023**.

      SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                         JESSE M. FURMAN
                                        United States District Judge